USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TECHNOLOGY SYSTEMS
CONSULTING LLC,

                                   Plaintiff,

                  -against-

COINSUITES, LLC; MICHAEL WIENER; and
MARTIN WOOD,

                                  Defendants.
-----------------------------------------------------------------X

22-CV-10533 (PGG) (KHP)

ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on March 23, 2023 (doc. no 23) the Initial Case Management Conference currently scheduled for **March 27, 2023** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
               March 24, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge